IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MIDWEST RENEWABLE ENERGY, LLC, individually and on behalf of all other similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ARCHER DANIELS MIDLAND COMPANY,<br><br>　　　　　　Defendant. | Case No. 20-CV-02212-CSB-EIL<br><br>Hon. Colin S. Bruce |

**AGREED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Plaintiff Midwest Renewable Energy, LLC ("MRE") and Defendant Archer Daniels Midland Company ("ADM") (collectively "the Parties") file this Agreed Motion for an extension of time for Defendant to file its responsive pleading. In support of this Agreed Motion, the Parties state as follows:

　　1.　　MRE filed its Complaint on July 23, 2020. (Dkt. 29.)

　　2.　　ADM was formally served with the Complaint on August 12, 2020. Pursuant to federal rules, ADM's responsive pleading deadline is September 2, 2020.

　　3.　　The Parties have agreed to extend ADM's time to respond to the Complaint to October 2, 2020.

　　Wherefore, the Parties respectfully request that this Court extend the time for ADM to file its responsive pleading to October 2, 2020.

Dated: August 26, 2020            Respectfully Submitted,

| | |
|---|---|
| */s/Marvin A. Miller* | */s/ Stephen V. D'Amore* |
| Marvin A. Miller | Stephen V. D'Amore |
| Andrew Szot | Samantha M. Lerner |
| MILLER LAW LLC | Reid F. Smith |
| 115 S. LaSalle Street, Suite 2910 | WINSTON & STRAWN LLP |
| Chicago, IL 60603 | 35 West Wacker Drive |
| T: (312) 332-3400 | Chicago, Illinois 60601 |
| mmiller@millerlawllc.com | sdamore@winston.com |
| aszot@koreintillery.com | slerner@winston.com |
| | rfsmith@winston.com |
| Christopher Lovell | T: (312) 558-5600 |
| Benjamin M. Jaccarino | F: (312) 558-5700 |
| LOVELL STEWART HALEBIAN | |
| JACOBSON LLP | James C. Kearns |
| 500 Fifth Avenue – Suite 2440 | HEYL, ROYSTER, VOELKER & ALLEN |
| New York, New York 10110 | 301 N. Neil St., Ste. 505 |
| Tel: (212) 608-1900 | Champaign, IL 61820 |
| clovell@lshllp.com | JKearns@heylroyster.com |
| bjaccarino@lshllp.com | T: (217) 344-0060 |
| | |
| Joshua H. Grabar, Esq. | *Attorneys for Defendant Archer Daniels* |
| GRABAR LAW OFFICE | *Midland Company* |
| One Liberty Place | |
| 1650 Market Street, Suite 3600 | |
| Philadelphia, PA 19103 | |
| Tel: (267) 507-6085 | |

*Attorneys for Plaintiff Midwest Renewable
Energy LLC and the Proposed Class*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 26, 2020, I caused the foregoing to be served on the following by filing it with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record, including the following:

Marvin A. Miller
Andrew Szot
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
T: (312) 332-3400
mmiller@millerlawllc.com
aszot@koreintillery.com

Joshua H. Grabar, Esq.
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Tel: (267) 507-6085

Christopher Lovell
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN
JACOBSON LLP
500 Fifth Avenue – Suite 2440
New York, New York 10110
Tel: (212) 608-1900
clovell@lshllp.com
bjaccarino@lshllp.com

*Attorneys for Plaintiff Midwest Renewable Energy LLC and the Proposed Class*

      By: s/ *Stephen V. D'Amore*
Stephen V. D'Amore
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
sdamore@winston.com
slerner@winston.com
rfsmith@winston.com
T: (312) 558-5600

James C. Kearns
HEYL, ROYSTER, VOELKER & ALLEN
301 N. Neil St., Ste. 505
Champaign, IL 61820
JKearns@heylroyster.com
T: (217) 344-0060

*Attorneys for Archer Daniels Midland Company*