IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MIDWEST RENEWABLE ENERGY, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>ARCHER DANIELS MIDLAND COMPANY,<br><br>Defendant. | Case No. 2:20-cv-02212<br><br>Hon. Colin Stirling Bruce<br><br>ORAL ARGUMENT REQUESTED |

## ADM'S MOTION TO CONSOLIDATE FOR DISCOVERY

Pursuant to Federal Rule of Civil Procedure 42(A), Defendant Archer Daniels Midland Company ("ADM") moves to consolidate this case for discovery with the following cases:

1. *AOT Holding AG v. Archer Daniels Midland Company*, C.D. Ill. Case No. 19-CV-2240-CSB-EIL.

2. *Green Plains Trade Group LLC et al v. Archer Daniels Midland Company*, D. Neb. Case No. 8:20-CV-00279-JFB-MDN.

In the alternative, ADM moves for an order from this Court consolidating the *AOT* and *MRE* cases and coordinating discovery and eliminating duplication across the three cases to the greatest extent possible.

As explained in detail in the accompanying memorandum in support of this motion, the motion is based on the similarity of the allegations among the three cases, which raise common factual and legal issues. Consolidation for discovery would produce substantial efficiencies, which would outweigh any potential prejudice that may result to any party from consolidation. And even if the *Green Plains* case remains in the District of Nebraska, this Court should enter appropriate orders in the *AOT* case and this case to facilitate coordination of discovery with *Green Plains*.

1

ADM has met and conferred with counsel for Plaintiff Midwest Renewable Energy, LLC ("MRE") to discuss consolidation. As stated in the Rule 26(f) report submitted by the parties in this case, MRE has represented that it will "be in a position to coordinate depositions with counsel in the AOT Action *provided* that all parties have by then reached agreement (or obtained an Order from the Court) on the appropriate protocol for coordinated depositions and other discovery, including, without limitation, agreement on the amount of deposition time allocable to each party." (*See* Rule 26(f) Joint Report, attached as Ex. 7, at 4.)

Defendant requests oral argument in order to respond to any questions the Court may have about the similarity of the factual and legal issues, the efficiencies to be gained from consolidation, and the status of proceedings in the *Green Plains* case. CDIL-LR 7.1(A)(2).

Wherefore, Defendant respectfully requests that this Court consolidate this case for discovery with the *MRE* and *Green Plains* cases or, in the alternative, consolidate for discovery the *AOT* and *MRE* cases and enter any other orders to coordinate discovery with the *Green Plains* case to the greatest extent possible.

Dated: October 16, 2020

Respectfully submitted,

By: */s/ Stephen V. D'Amore*
Stephen V. D'Amore
Scott P. Glauberman
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sdamore@winston.com
sglauber@winston.com
slerner@winston.com
rfsmith@winston.com

James C. Kearns  
HEYL, ROYSTER, VOELKER & ALLEN  
301 N. Neil Street, Suite 505  
Champaign, Illinois 61820  
JKearns@heylroyster.com  
(217) 344-0060  

*Counsel for Defendant Archer Daniels Midland Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2020, I caused the foregoing to be served on the following by filing it with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to all counsel of record, including the following:

Marvin A. Miller
Andrew Szot
MILLER LAW LLC
115 S. LaSalle Street, Suite 2910
Chicago, IL 60603
(312) 332-3400
mmiller@millerlawllc.com
aszot@millerlawllc.com

Joshua H. Grabar
GRABAR LAW OFFICE
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085

Christopher Levell
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN JACOBSON LLP
500 Fifth Avenue, Suite 2440
New York, New York 10110
(212) 608-1900
clovell@lshllp.com
bjaccarino@lshllp.com

Dated: October 16, 2020

By: /s/ Stephen V. D'Amore
Stephen V. D'Amore
Scott P. Glauberman
Samantha M. Lerner
Reid F. Smith
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
(312) 558-5600
sdamore@winston.com
sglauber@winston.com
slerner@winston.com
rfsmith@winston.com

*Counsel for Defendant Archer Daniels Midland Company*

1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| MIDWEST RENEWABLE ENERGY, LLC, individually and on behalf of all others similarly situated,<br><br>    Plaintiff<br><br>    v.<br><br>ARCHER DANIELS MIDLAND COMPANY,<br><br>    Defendant. | Case No. 2:20-cv-02212<br><br>Hon. Colin Stirling Bruce<br><br>ORAL ARGUMENT REQUESTED |

### **[PROPOSED] ORDER**

The Court having considered Defendant ADM's Motion to Consolidate for Discovery:

IT IS HEREBY ORDERED that the Motion is GRANTED. The Court further orders the following:

Dated: _____

                                                    _____
                                                    ERIC I. LONG
                                                    **UNITED STATES MAGISTRATE JUDGE**